# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
| --- | --- | --- |
| 108.9.114.45 | Verizon Online | 2011-05-15 03:05:33 PM |
| 173.170.12.250 | Bright House Networks | 2011-04-21 12:47:43 PM |
| 173.65.94.44 | Verizon Online | 2011-04-17 09:00:47 PM |
| 173.78.14.195 | Verizon Online | 2011-03-16 07:10:04 PM |
| 174.48.116.23 | Comcast Cable Communications | 2011-03-16 07:09:34 PM |
| 184.91.151.167 | Bright House Networks | 2011-05-08 08:09:32 AM |
| 24.127.247.27 | Comcast Cable Communications | 2011-03-26 06:59:04 PM |
| 50.89.223.87 | Bright House Networks | 2011-03-21 03:05:16 PM |
| 65.34.75.187 | Bright House Networks | 2011-03-18 03:11:45 AM |
| 66.151.34.195 | Black Oak Computers | 2011-03-21 02:50:16 PM |
| 66.176.243.254 | Comcast Cable Communications | 2011-03-19 07:17:46 AM |
| 66.177.147.117 | Comcast Cable Communications | 2011-04-24 07:30:15 PM |
| 67.191.6.165 | Comcast Cable Communications | 2011-04-23 08:26:40 AM |
| 67.78.248.206 | Bright House Networks | 2011-03-21 03:57:25 PM |
| 68.200.188.116 | Bright House Networks | 2011-03-15 09:41:22 PM |
| 68.202.54.188 | Bright House Networks | 2011-03-24 06:44:51 PM |
| 68.59.127.114 | Comcast Cable Communications | 2011-03-16 07:10:04 PM |
| 68.84.20.88 | Comcast Cable Communications | 2011-04-12 12:10:39 AM |
| 69.137.10.33 | Comcast Cable Communications | 2011-05-05 07:56:05 PM |
| 71.180.101.57 | Verizon Online | 2011-03-21 07:35:31 PM |
| 71.180.176.12 | Verizon Online | 2011-04-21 06:55:04 PM |
| 71.197.45.1 | Comcast Cable Communications | 2011-04-26 03:03:35 AM |
| 71.197.54.89 | Comcast Cable Communications | 2011-03-16 08:00:04 AM |
| 71.55.12.223 | Embarq Corporation | 2011-03-17 04:15:35 AM |
| 72.186.111.246 | Bright House Networks | 2011-04-23 09:57:04 PM |
| 76.109.33.93 | Comcast Cable Communications | 2011-04-27 06:32:18 PM |
| 96.254.19.5 | Verizon Online | 2011-05-19 06:24:55 AM |
| 97.102.26.217 | Bright House Networks | 2011-03-29 07:47:29 AM |
| 97.104.234.136 | Bright House Networks | 2011-03-16 08:26:07 PM |
| 98.249.223.61 | Comcast Cable Communications | 2011-03-31 08:09:33 PM |