UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-22102-CIV-GRAHAM/GOODMAN

HARD DRIVE PRODUCTIONS, INC.,

    Plaintiff

vs.

JOHN DOES 1-30,

    Defendants.
_____/

### ORDER

**THIS CAUSE** came before the Court _sua sponte_.

**THE COURT** has reviewed the pertinent portions of the record, and is otherwise fully advised in the premises. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that, in an attempt to expedite the processing of the action, Plaintiff shall serve the Defendants with a copy of the summons and complaint within twenty-one (21) days of the date of this Order. If Plaintiff is unable to do so, Plaintiff shall provide an explanation to the Court as to the reason why Defendants have not been served. It is further

**ORDERED AND ADJUDGED** that failure to comply with this Order may lead to immediate dismissal of this cause.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of August, 2011.

                                              s/ Donald L. Graham
                                              Donald L. Graham
                                              UNITED STATES DISTRICT JUDGE

cc: Counsel of Record