UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 11-22102-CIV-GRAHAM/GOODMAN

HARD DRIVE PRODUCTIONS, INC.,

    Plaintiff,

vs.

JOHN DOES 1-30,

    Defendants.
_____/

**CLOSED CIVIL CASE**

## ORDER

**THIS CAUSE** came before the Court <u>sua sponte</u>.

**THE COURT** has reviewed the pertinent portions of the record, and is otherwise fully advised in the premises. On June 6, 2011, Plaintiff instituted this action by filing the Complaint. [See D.E. 1]. In an attempt to expedite the processing of the action so that the case may proceed without delay, on August 30, 2011, the undersigned directed that Plaintiff serve the Defendants with a copy of the summons and complaint within twenty-one (21) days thereof. [<u>See</u> D.E. 8]. If Plaintiff was unable to serve, it was to provide an explanation to the Court as to the reason(s) for its inability to serve the Defendants. The twenty-one days have expired and Plaintiff has failed to comply with this Court's Order. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that the case is **DISMISSED WITHOUT PREJUDICE** for failure to comply with Court Orders. It is further

**ORDERED AND ADJUDGED** that this action shall be **CLOSED** for administrative purposes, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of September, 2011.

_____
Donald L. Graham
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record